DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEGGY KAYE WITTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. No. 2:06-cr-0258 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PEGGY KAYE WITTS, ) | |
| ) | Date:  July 17, 2006 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference presently scheduled for July 17, 2006, be vacated and the matter be continued until September 11, 2006, for further status conference.

This continuance is sought to permit counsel to review initial discovery (457 Pages) which was received on July 12, 2006, and to

1  consider and consult with Ms. Witts in light of that review regarding
2  needed investigation, including retention of expert(s), followup
3  discovery, and other issues in preparation of the defense to the
4  charges.  It is anticipated that further discovery will be needed and
5  that at least one expert witness will need to be retained.
6      On that basis and in light of the nature of the charges in the
7  indictment the court is requested to declare this case to be complex
8  within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) of the Speedy Trial
9  Act.
10     IT IS FURTHER STIPULATED that time for trial under the Speedy
11 Trial Act should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
12 &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the
13 complexity of the case and the need for counsel to prepare the defense
14 to this case.
15     **IT IS SO STIPULATED**

16 Dated:  July 12, 2006             /s/ Matthew Stegman
                                    MATTHEW STEGMAN
17                                  Assistant U.S. Attorney
                                    Counsel for Plaintiff
18

19
   Dated:  July 12, 2006             /S/ Jeffrey L. Staniels
20                                  JEFFREY L. STANIELS
                                    Assistant Federal Defender
21                                  Attorney for Defendant
                                    PEGGY WITTS
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

Stipulation & Order              -2-

1 **O R D E R**

2 Based on the above stipulation this court finds that the above
3 case is complex within the meaning of the Speedy Trial Act, and that
4 the public interest in a speedy trial is outweighed by the need to
5 permit adequate time for counsel to prepare a defense to the charges.
6 This case is ordered to be continued until September 11, 2006, at 9:30
7 a.m. on this court's criminal calendar.

8 **IT IS SO ORDERED.**

**Dated:** July 12, 2006        **/s/ Frank C. Damrell Jr.**
12                              Hon. Frank C. Damrell Jr.
                                United States District Judge