```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  PEGGY KAYE WITTS

 8

 9
                       IN THE UNITED STATES DISTRICT COURT
10
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,      )  No. No. 2:06-cr-0258 FCD
14                                 )
                 Plaintiff,        )
15                                 )  STIPULATION AND ORDER CONTINUING
         v.                        )  CASE AND EXCLUDING TIME
16                                 )
    PEGGY KAYE WITTS,              )
17                                 )  Date:  October 10, 2006
                 Defendant.        )  Time:  9:30 a.m.
18                                 )  Judge: Hon. Frank C. Damrell Jr.
                                   )
19  _____
```

20      **IT IS HEREBY STIPULATED** by and Between Assistant United States

21 Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts,

23 that the status conference presently scheduled for October 10, 2006, be

24 vacated and the matter be continued until November 6, 2006 at 9:30 a.m.

25 for further status conference.

26      This continuance is sought to permit counsel to further

27 preparation including investigation, research, and consultation

28 regarding needed investigation, including retention of expert(s),

followup discovery, and other issues in preparation of the defense to the charges. It is anticipated that further discovery will be needed and that at least one expert witness will need to be retained.

On that basis and in light of the nature of the charges in the indictment the court is requested to declare this case to be complex within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) of the Speedy Trial Act.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the complexity of the case and the need for counsel to prepare the defense to this case.

**IT IS SO STIPULATED**

Dated:  October 6, 2006          /s/ Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated:  October 6, 2006          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 PEGGY WITTS

**O R D E R**

Pursuant to the stipulation above **IT IS SO ORDERED.**

Dated:  October 11, 2006         /s/ Frank C. Damrell Jr.
                                 Hon. Frank C. Damrell Jr.
                                 United States District Judge

Stipulation & Order                    -2-