```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEGGY KAYE WITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. No. 2:06-cr-0258 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE AND EXCLUDING TIME |
| PEGGY KAYE WITTS, | ) |
| Defendant. | ) Date: November 6, 2006 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Laura Ferris, acting on behalf of Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference presently scheduled for November 6, 2006, be vacated and the matter be continued until, January 8, 2007, for further status conference.

    This continuance is sought to permit further preparation including investigation, research, and consultation regarding needed further

1 investigation, including retention of expert(s), followup discovery,
2 and other issues in preparation of the defense to the charges. Defense
3 Counsel has requested further documentary evidence as discovery which
4 has not been received in hand by the defense as of this writing. It is
5 not clear whether receipt will generate follow-up requests but it is
6 believed that the information is necessary in connection with the
7 defense consultation with an ERISA/ESOP expert.

8     The court is advised that an earlier stipulation and order, CR 16,
9 requested that this case be designated as a complex case within the
10 meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii). The
11 court signed the "It is so ordered" proposed order, but the docket
12 entries cite only Local Code T-4 as the basis for exclusion.

13     IT IS THEREFORE FURTHER STIPULATED that time for trial under the
14 Speedy Trial Act should be excluded pursuant to 18 U.S.C. §§
15 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4)
16 because of the complexity of the case and the need for counsel to
17 prepare the defense to this case.

18     **IT IS SO STIPULATED**

19 Dated:  November 3, 2006        /s/Laura Ferris for Matthew Stegman
                                   MATTHEW STEGMAN
20                                 Assistant U.S. Attorney
                                   Counsel for Plaintiff
21

22
   Dated:  November 3, 2006         /S/ Jeffrey L. Staniels
23                                  JEFFREY L. STANIELS
                                    Assistant Federal Defender
24                                  Attorney for Defendant
                                    PEGGY WITTS
25
   / / / /
26
   / / / /
27

28

Stipulation & Order                -2-

**O R D E R**

Based on the above stipulation, and the previous stipulation docketed as CR 16, this court has found and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until January 8, 2007, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated:   November 6, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -3-