DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEGGY KAYE WITTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. No. 2:06-cr-0258 FCD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| PEGGY KAYE WITTS, | |
| Defendant. | Date: April 2, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference presently scheduled for April 2, 2007, be vacated and the matter be continued until May 21, 2007, for further status conference.

This continuance is sought to permit further preparation including investigation, research, and consultation regarding needed further preparation of the defense to the charges.

IT IS THEREFORE FURTHER STIPULATED that time for trial under the Speedy Trial Act should continue to be excluded pursuant to 18 U.S.C.

§§ 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the complexity of the case and the need for counsel to prepare the defense to this case.

**IT IS SO STIPULATED**

Dated:   March 30, 2007                    /s/Matthew Stegman
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney
                                           Counsel for Plaintiff


Dated:   March 30, 2007                    /S/ Jeffrey L. Staniels
                                           JEFFREY L. STANIELS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           PEGGY WITTS


**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until May 21, 2007, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated: March 30, 2007.

                                           _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-