1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   PEGGY KAYE WITTS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:06-cr-0258 FCD
                                    )
12               Plaintiff,         )
                                    )  STIPULATION AND ORDER CONTINUING
13      v.                          )  CASE AND EXCLUDING TIME
                                    )
14 PEGGY KAYE WITTS,                )
                                    )  Date:  May 21, 2007
15               Defendant.         )  Time:  10:00 a.m.
                                    )  Judge: Hon. Frank C. Damrell Jr.
16 _____ )

17

18     **IT IS HEREBY STIPULATED** by and Between Assistant United States

19 Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal

20 Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts,

21 that the status conference last scheduled for May 21, 2007, be re-

22 calendared for June 25, 2007, for further status conference.

23     This continuance is needed to permit further preparation including

24 investigation, research, and consultation regarding needed further

25 preparation of the defense to the charges.

26     IT IS THEREFORE FURTHER STIPULATED that time for trial under the

27 Speedy Trial Act should continue to be excluded pursuant to 18 U.S.C.

28 §§ 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4)

1    because of the complexity of the case and the need for counsel to

2    prepare the defense to this case.

3         **IT IS SO STIPULATED**

4    Dated:  May 25, 2007              /s/Matthew Stegman
                                       MATTHEW STEGMAN
5                                      Assistant U.S. Attorney
                                       Counsel for Plaintiff
6

7
     Dated:  May 25, 2007             /S/ Jeffrey L. Staniels
8                                      JEFFREY L. STANIELS
                                       Assistant Federal Defender
9                                      Attorney for Defendant
                                       PEGGY WITTS
10

11
                         **O R D E R**
12
          Based on the above stipulation this court and continues to find
13
     that this case is complex within the meaning of the Speedy Trial Act,
14
     and that the public interest in a speedy trial is outweighed by the
15
     need to permit adequate time for counsel to prepare a defense to the
16
     charges.
17
          Time for trial is therefore excluded pursuant to 18 U.S.C. §
18
     3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C.
19
     § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).
20
          This case is ordered to be continued until June 25, 2007, at
21
     10:00 a.m. on this court's criminal calendar.
22
          **IT IS SO ORDERED.**
23

24   Dated:  May 25, 2007

25

26
                                       _____
27                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
28

Stipulation & Order            -2-