```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEGGY KAYE WITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0258 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PEGGY KAYE WITTS, ) | |
| ) | Date:  January 8, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference scheduled for January 8, 2008, be vacated and the matter be continued to January 14, 2008, for further status conference.

The court is advised that additional time is needed to reduce the parties' oral understanding for resolution of the case to a written plea agreement, to ensure it incorporates the agreed upon terms, and to explain it to Ms. Witts.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between January 8, 2008, and January 14, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

&(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the complexity of the case and for the reasons stated above.

**IT IS SO STIPULATED**

Dated: January 4, 2008           /s/  Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated: January 4, 2008            /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 PEGGY WITTS


**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until January 14, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

By the Court,

Dated: January 4, 2008           _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE


Stipulation & Order              -2-