DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PEGGY KAYE WITTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0258 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE AND EXCLUDING TIME |
| PEGGY KAYE WITTS, | ) |
| Defendant. | ) Date:  January 28, 2008 |
| | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference scheduled for January 28, 2008, be vacated and the matter be continued to February 25, 2008, for further status conference.

The court is advised that recent additions to terms of a proposed plea agreement require additional time for review and consultation by the defense.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between January 28, 2008, and February 25, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the

complexity of the case and for the reasons stated above.

**IT IS SO STIPULATED**

Dated:  January 25, 2008             /s/Matthew Stegman
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
                                     Counsel for Plaintiff


Dated:  January 25, 2008             /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     PEGGY WITTS


**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until February 25, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated:  January 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order            -2-