```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEGGY KAYE WITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0258 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PEGGY KAYE WITTS, ) | |
| ) | Date: April 28, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference scheduled for April 28, 2008, be vacated and the matter be continued to May 5, 2008, for further status conference.

The court is advised that the parties continue to work to resolve issues relating to terms of a proposed plea agreement.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between April 28, 2008, and May 5, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the complexity of the

case and for the reasons stated above.

**IT IS SO STIPULATED**

Dated:  April 24, 2008                       /s/Matthew Stegman
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Counsel for Plaintiff


Dated:  April 24, 2008                       /S/ Jeffrey L. Staniels
                                             JEFFREY L. STANIELS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             PEGGY WITTS

### O R D E R

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until May 5, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

Dated:  April 24, 2008

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

-2-