```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEGGY KAYE WITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0258 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PEGGY KAYE WITTS, ) | |
| ) | Date:  June 23, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference scheduled for June 23, 2008, be vacated and the matter be continued to July 14, 2008, for further status conference.

This continuance is requested in order to permit finalizing terms of a proposed resolution and to present that proposal to Ms. Witts.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between June 23, 2008,

1 and July 14, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
2 &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the
3 complexity of the case and for the reasons stated above.

4     **IT IS SO STIPULATED**

5 Dated:   June 20, 2008                         /s/Matthew Stegman
                                                 MATTHEW STEGMAN
6                                                Assistant U.S. Attorney
                                                 Counsel for Plaintiff

8 Dated:   June 20, 2008                         /s/ Jeffrey L. Staniels
9                                                JEFFREY L. STANIELS
                                                 Assistant Federal Defender
10                                               Attorney for Defendant
                                                 PEGGY WITTS

**O R D E R**

Based on the above stipulation this court and continues to find that this case is complex within the meaning of the Speedy Trial Act, and that the public interest in a speedy trial is outweighed by the need to permit adequate time for counsel to prepare a defense to the charges.

Time for trial is therefore excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).

This case is ordered to be continued until July 14, 2008, at 10:00 a.m. on this court's criminal calendar.

**IT IS SO ORDERED.**

By the Court,

Dated: June 20, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                    -2-