```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PEGGY KAYE WITTS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0258 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| PEGGY KAYE WITTS, ) | |
| ) | Date:  July 14, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Matthew Stegman, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Peggy Kaye Witts, that the status conference scheduled for July 14, 2008, be vacated and the matter be continued to July 21, 2008, for further status conference.

This continuance is requested in order to permit finalizing terms of a proposed resolution and to present that proposal to Ms. Witts.

**IT IS THEREFORE FURTHER STIPULATED** that time for trial under the Speedy Trial Act should continue to be excluded between July 14, 2008,

1  and July 21, 2008, pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
2  &(B)(ii)(Local Code T-2), and (iv)(Local Code T-4) because of the
3  complexity of the case and for the reasons stated above.
4      **IT IS SO STIPULATED**
5  Dated:  July 11, 2008                     /s/Matthew Stegman
                                              MATTHEW STEGMAN
6                                             Assistant U.S. Attorney
                                              Counsel for Plaintiff
7

8
   Dated:  July 11, 2008                     /s/ Jeffrey L. Staniels
9                                             JEFFREY L. STANIELS
                                              Assistant Federal Defender
10                                            Attorney for Defendant
                                              PEGGY WITTS
11

12
                              **O R D E R**
13
        Based on the above stipulation this court and continues to find
14
   that this case is complex within the meaning of the Speedy Trial Act,
15
   and that the public interest in a speedy trial is outweighed by the
16
   need to permit adequate time for counsel to prepare a defense to the
17
   charges.
18
        Time for trial is therefore excluded pursuant to 18 U.S.C. §
19
   3161(h)(8)(B)(ii), Local Code T-2, (complex Case) as well as 18 U.S.C.
20
   § 3161(h)(8)(B)(iv), Local Code T-4 (Adequate time to prepare).
21
        This case is ordered to be continued until July 21, 2008, at 10:00
22
   a.m. on this court's criminal calendar.
23
        **IT IS SO ORDERED.**
24
                        By the Court,
25

26

27 Dated:  July 11, 2008                     _____
                                              FRANK C. DAMRELL, JR.
28                                            UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-