IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-06-0258 FCD DAD P

    vs.

PEGGY KAYE WITTS,

    Movant.                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent will be directed to respond to the motion.  <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

        Movant has also requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in § 2255 proceedings.  <u>See</u>, <u>e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Rules Governing Section 2255 Proceedings.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file and serve a response to movant's § 2255 motion within sixty days after this order is served. See Rules 4 and 5, Rules Governing Section 2255 Proceedings;

2. If respondent files and serves an opposition to the § 2255 motion, movant's reply to the opposition shall be filed and served within thirty days after the opposition is served;

3. If respondent files and serves a procedural motion, movant's opposition shall be filed and served within thirty days after the countermotion is served, and respondent's reply shall be filed and served within thirty days after the opposition is served;

4. The Clerk of the Court shall serve a copy of this order, together with a copy of the § 2255 motion filed by movant, on the United States Attorney or his authorized representative; and

5. Movant's December 30, 2009 motion for appointment of counsel (Doc. No. 60) is denied.

DATED: January 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
witt0258.206

2