IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-06-0258 FCD DAD P

    vs.

PEGGY KAYE WITTS,

    Movant.                  <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct her federal sentence pursuant to 28 U.S.C. § 2255. On March 26, 2010, respondent filed a motion to dismiss. Movant has not opposed the motion or otherwise responded to it.

        By order filed January 29, 2010, the court advised plaintiff that if respondent files and serves a procedural motion, movant shall file and serve an opposition or statement of non-opposition within thirty days after the countermotion is served. Local Rule 230(l) provides, in part, that "failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, movant shall file an opposition or a statement of non-opposition to

/////

1

1   respondent's March 26, 2010 motion to dismiss.  Respondents shall file a reply, if any, in

2   accordance with Local Rule 230(l).

3   DATED: May 4, 2010.

```
                                   /s/ Dale A. Drozd
                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
```

7   DAD:sj
    witt0258.246