IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                      No. 2:06-cr-0258 KJM DAD P

     vs.

PEGGY KAYE WITTS

     Movant.                        <u>FINDINGS AND RECOMMENDATIONS</u>

         The court served an order and findings and recommendations on movant at her address of record on December 21, 2011.[1]  The order was returned by the U.S. Postal Service as undeliverable.  It appears that movant has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  Local Rule 183(b) also apprises litigants who appear in propria persona that failure to update their address of record may result in dismissal of an action without prejudice.  <u>See</u> also Local Rule 110.

---

[1] The court initially served the order and findings and recommendations on December 6, 2011.  It was returned by the postal service as undeliverable at that time.  However, there was an error in transcribing movant's recorded address on the December 6 mailing.  Accordingly, the court re-served the order and findings and recommendations to the correct recorded address of record on December 21, 2011.  It was also returned as undeliverable.

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed due to movant's failure to keep the court apprised of her current address.

2. The Clerk of the Court be directed to close the companion civil case No. 2:09-cv-3613 KJM DAD.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, movant may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Movant is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 1, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.hm
witt0258.233